UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., Petitioner, -v- TRANSWORLD SYSTEMS, INC., Respondent. | 26-MC-00430 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On August 25, 2026, Petitioner Experian Information Solutions, Inc., ("Experian") filed a motion to compel compliance with a subpoena served on Respondent Transworld Systems, Inc., ("Transworld"), seeking information directly relevant to the claims in a matter pending in the United States District Court for the Eastern District of California. ECF No. 2. On the same day, Experian moved this Court for an order transferring their motion to compel, ECF No. 2, to the Eastern District of California, where the underlying litigation is pending. ECF No. 5.

On September 3, 2026, Transworld submitted responses to the motion to compel, ECF No. 2, and motion to transfer case, ECF No. 5, consenting to the transfer of this case to the United States District Court for the Eastern District of California and to the presiding judge in *Dr. Derrick Adams, et al. v. Experian Information Solutions, Inc., et al.*, 23-cv-01773 (DJC-JDP) (E.D. Cal.). ECF Nos. 10, 11.

Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional

circumstances." It is generally within the discretion of the Court to decide whether to transfer a subpoena-related motion, considering factors such as the interests of justice, judicial economy, and the presiding court's greater familiarity with the underlying issues. *See, e.g.*, *Google LLC v. Fortress Inv. Grp. LLC*, No. 20-MC-00132 (KPF), 2020 WL 1304039, at *1 (S.D.N.Y. Mar. 18, 2020); *SBA Commc'ns Corp. v. Fractus, S.A.*, No. 19-MC-00130 (ER), 2019 WL 4879333, at *2 (S.D.N.Y. Oct. 3, 2019); *Stanziale v. Pepper Hamilton LLP*, No. M8-85 (CSH), 2007 WL 473703, at *6 (S.D.N.Y. Feb. 9, 2007).

Accordingly, because Transworld consents to the transfer of the pending motion to compel, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, transfer will best serve the interests of justice and judicial economy. Therefore, the motion to transfer case is GRANTED. The motion to compel is hereby respectfully referred to the presiding judge in the United States District Court for the Eastern District of California, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of California and to terminate this case in the Court's docket.

SO ORDERED.

Dated: September 14, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge